UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ARTHUR MCKINNON and ELISE MCKINNON,<br><br>           Plaintiffs,<br>  v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.,<br><br>           Defendants. | CASE NO. 3:21-cv-05097-BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Michelle L. Peterson, United States Magistrate Judge, Dkt. 79. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Plaintiffs' Motions for Voluntary Dismissal, Dkts. 75, 76, are GRANTED;

(3)    This action is DISMISSED without prejudice in accordance with Fed. R. Civ. P. 41(a)(2);

ORDER - 1

(4)  All other pending motions, Dkts. 28, 39, 64, 77, are STRICKEN as moot; and

(5)  The Clerk is directed to send copies of this Order to Plaintiff Arthur McKinnon, to all counsel of record, and to Judge Peterson.

Dated this 16th day of September, 2022.

BENJAMIN H. SETTLE
United States District Judge